## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**HARRISON HOME SERVICES,**              Case No.
**INC.**, as assignee of Jayla Lile,              Hon.

      Plaintiff,

-v-

**STATE FARM MUTUAL**
**AUTOMOBILE INSURANCE**
**COMPANY**,

      Defendants.

_____/

| | |
|---|---|
| HAAS & GOLDSTEIN, P.C. | HEWSON & VAN HELLEMONT, P.C. |
| **JUSTIN HAAS (P53153)** | **ELAINE M. SAWYER (P56494)** |
| jhaas@haasgoldstein.com | elaine@vanhewpc.com |
| **JESSICA FABER (P76439)** | **JORDAN A. WIENER (P70956)** |
| jfaber@haasgoldstein.com | jwiener@vanhewpc.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 31275 Northwestern Hwy., Suite 225 | 25900 Greenfield Rd., Suite 650 |
| Farmington Hills, MI 48334 | Oak Park, MI 48237 |
| (248) 702-6550 | (248) 968-5200 |

_____/

## NOTICE OF REMOVAL

     PLEASE TAKE NOTICE that Defendant State Farm Mutual Automobile

Insurance Company, by and through its attorneys, Hewson & Van Hellemont, P.C.,

hereby removes this matter, originally filed in the Wayne Circuit Court and assigned

case number 22-011382-NF, to the United States District Court for the Eastern

District of Michigan, Southern Division. The bases for removal are set forth below:

{DocNo. 04221779 }

## STATEMENT OF THE GROUNDS FOR REMOVAL

1.     On or about September 26, 2022, Plaintiff commenced this action in the Wayne Circuit Court, bearing Case No. 22-011382-NF. Defendant State Farm was served with the summons and complaint on October 6, 2022. A copy of the summons and complaint, which constitutes all process and pleadings received by State Farm in this action and of which it has notice, are attached as composite **Exhibit A**.

2.     This notice of removal is being filed within 30 days after receiving notice of the complaint by service or otherwise as required by 28 U.S.C. § 1446(b).

3.     This Court has jurisdiction over Plaintiff's state law claims based on diversity of citizenship pursuant to 28 U.S.C. § 1332(a).

## CITIZENSHIP OF THE PARTIES

4.     Plaintiff Harrison Home Service, Inc. is a Michigan corporation with its principal place of business located in Southfield, Oakland County, Michigan (2017-2021 Annual Reports, **Ex. B**).

5.     State Farm Mutual Automobile Insurance Company is now, and was at the time of the filing of the complaint, a citizen of Illinois. State Farm is a corporation organized under the laws of Illinois, with its principal place of business at 1 State Farm Plaza, Bloomington, Illinois 61701. 28 U.S.C. § 1332(c)(1).

## AMOUNT IN CONTROVERSY

6.     The amount in controversy requirement is satisfied. Plaintiff alleges that the amount in controversy is $297,681.80. (**Ex. A**, ¶ 15.a.)

### THE OTHER REMOVAL PREREQUISITES HAVE BEEN SATISFIED

7.     Defendant has not previously sought similar relief concerning this matter.

8.     The prerequisites for removal under 28 U.S.C. § 1441 have been met.

9.     Written notice of the filing of this notice of removal will be given to the adverse parties as required by law.

10.     The allegations of this notice are true and correct and this cause is within the jurisdiction of the United States District Court for Eastern District of Michigan, Southern Division.

Defendant State Farm Mutual Automobile Insurance Company files this notice of removal and removes this civil action to the United States District Court for the Eastern District of Michigan, Southern Division. Plaintiff is notified to proceed no further in state court unless or until the case should be remanded by order of said United States District Court.

Respectfully submitted,

HEWSON & VAN HELLEMONT, P.C.

*/S/ JORDAN A. WIENER*

_____

**JORDAN A. WIENER (P70956)**
*Attorneys for Defendant*
25900 Greenfield Rd., Suite 650
Oak Park, MI 48237
(248) 968-5200

Dated: November 3, 2022

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 3, 2022, I electronically filed the foregoing paper with the Clerk of the Court using the CM/ECF system, they are available for viewing and downloading from the Court's CM/ECF system, and that the participants in the case that are registered CM/ECF users will be served electronically by the CM/ECF system. I further certify that a copy of the foregoing paper was emailed by agreement to:

> Justin Haas
> *jhaas@haasgoldstein.com*
> 31275 Northwestern Hwy., Suite 225
> Farmington Hills, MI 48334
> (248) 702-6550

> Respectfully submitted,
>
> HEWSON & VAN HELLEMONT, P.C.
>
> */S/ JORDAN A. WIENER*
> _____
> **JORDAN A. WIENER (P70956)**
> *Attorneys for State Farm*
> 25900 Greenfield Rd., Suite 650
> Oak Park, MI 48237
> (248) 968-5200

Dated: November 3, 2022