# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **HARRISON HOME SERVICES, INC.**, as assignee of Jayla Lile, | Case No. 22-cv-12659<br>Hon. Paul D. Borman |
| Plaintiff, | |
| -v- | |
| **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**, | |
| Defendant. | |

_____/

| | |
|---|---|
| HAAS & GOLDSTEIN, P.C.<br>**JUSTIN HAAS (P53153)**<br>   jhaas@haasgoldstein.com<br>**JESSICA FABER (P76439)**<br>   jfaber@haasgoldstein.com<br>*Attorneys for Plaintiff*<br>31275 Northwestern Hwy., Suite 225<br>Farmington Hills, MI 48334<br>(248) 702-6550 | HEWSON & VAN HELLEMONT, P.C.<br>**ELAINE M. SAWYER (P56494)**<br>   elaine@vanhewpc.com<br>**JORDAN A. WIENER (P70956)**<br>   jwiener@vanhewpc.com<br>*Attorneys for Defendant*<br>25900 Greenfield Rd., Suite 650<br>Oak Park, MI 48237<br>(248) 968-5200 |

_____/

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the above matter be dismissed with prejudice and without costs with respect to the dates of service and claims related in the Release Agreement. This dismissal **does** constitute a final order and **does** close this case in its entirety.

{DocNo. 04514984 }

This is a final order and DOES close this case.

| | |
|---|---|
| /s/ Justin Haas w/permission | /s/Elaine M. Sawyer |
| JUSTIN HAAS (P53153) | ELAINE M. SAWYER (P56494) |
| Attorney for Plaintiff | Attorney for State Farm |

## ORDER FOR DISMISSAL WITH PREJUDICE

UPON READING AND FILING the attached Stipulation of the parties, and the Court being otherwise fully advised;

**IT IS HEREBY ORDERED** that the matter be dismissed with prejudice and without costs, interest, or attorney fees with respect to the dates of service and claims released in the Release Agreement.

This dismissal **does** constitute a final order and **does** close this case in its entirety.

SO ORDERED.

Dated: September 7, 2023

s/Paul D. Borman
Paul D. Borman
United States District Judge